ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

**FILED**
AUG 1 0 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
HERMAN CHRIS GAMBOA ) Case No. 05-54155 CN
)
CHRISTINA A PRESSAS ) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtors )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2473110 for an unclaimed dividend in the amount of $8.36. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        HERMAN CHRIS GAMBOA
        CHRISTINA A PRESSAS
        1172 6TH ST #2
        MONTEREY, CA 93940

Dated: August 04, 2010

                                        DEVIN DERHAM-BURK, TRUSTEE